

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

David H. Wander, Partner
Email: dwander@tarterkrinsky.com
Phone: 212-216-8081

January 5, 2026

**Via ECF**

Honorable Michael E. Wiles
U.S. Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, NY 10004-1408

    Re:   *In re 140 West 121 LLC* / Case No. 25-12527-mew
           Lender's Motion Regarding Automatic Stay [ECF No. 9]

Dear Judge Wiles:

    The Debtor has no objection to the Lender's motion to confirm the termination or absence of the automatic stay [ECF No. 9].

                                Respectfully submitted,

                                *David H. Wander*

                                David H. Wander

094737\1\180319030.v1